UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   4/11/2022
```

| | |
|---|---|
| Rafael Hernandez,<br><br>                    **Plaintiff,**<br><br>                v.<br><br>LendingClub Corp. & Equifax Information Services, LLC,<br><br>                    **Defendant.** | 1:21-cv-7460-ALC-SDA<br><br>ORDER OF<br><br>DISCONTINUANCE |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled (ECF No. 28, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 45 (forty-five) days.

**SO ORDERED.**

4/11/2022
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**